**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNTAIN VIEW CENTERS INC., et al. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF SOCIAL SERVICES ) <br> FOR THE STATE OF CALIFORNIA, et ) <br> al. ) <br> ) <br> ) <br> Defendant(s). ) <br> ) | Case No.   CV-14-6693-R <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than **February 5, 2015** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: February 6, 2015

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE